UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  8:21-CR-00101 CJC                                Date: January 26, 2024

Present: The Honorable:  Autumn D. Spaeth, United States Magistrate Judge

Interpreter   N/A

| Kristee Hopkins | None | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 3) Victor Romero, Jr. | | X | | Katherine Corrigan, Panel | | X | |

**Proceedings:  (In Chambers)  Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)**

Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the Central District of California after United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of his pretrial release. The Court finds by clear and convincing evidence that the defendant violated the alleged conditions of his release, specifically as alleged in the Petition. The Court also finds based on a preponderance of the evidence that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to the safety of any other person, or the community and that Defendant is not likely to abide by any condition or combination of conditions of release.

Defendant's release order is revoked. Defendants is remanded to the custody of the United States Marshal pending further proceedings in this matter.

**IT IS SO ORDERED.**

                                                                                     0:00
                                                       Initials of Deputy Clerk   kh